47266. BROOKS v. THE STATE.
47267. McCLAIN v. THE STATE.

BELL, Chief Judge. The denial of a motion for change of venue is not an appealable judgment absent a certificate of immediate review. *Brooks v. State,* 229 Ga. 593. As no certificates were issued in these cases, the appeals are

*Dismissed. Evans and Stolz, JJ., concur.*

ARGUED MAY 23, 1972—DECIDED OCTOBER 26, 1972.

*Nicholas C. McDaniel,* for appellants.
*Thomas W. Ridgway, District Attorney,* for appellee.